**UNPUBLISHED ORDER**

Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

*(Submitted April 21, 2006)*

Decided April 26, 2006

**Before**

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Nos. 99-3076, 99-3336, 99-3891, 99-3892,
and 01-2050

NATIONAL ORGANIZATION FOR
WOMEN, INC., *et al.*,
          *Plaintiffs-Appellees*,

    *v.*

JOSEPH M. SCHEIDLER, *et al.*,
          *Defendants-Appellants*.

On Remand from the
United States Supreme Court

**O R D E R**

Pursuant to the Supreme Court's opinion in *Scheidler et al. v. National Organization for Women, et al.*, 126 S. Ct. 1264 (2006), with respect to Nos. 99-3076, 99-3336, 99-3891, and 99-3892, the judgment of the district court in this case is REVERSED, the injunction ordered by that court is VACATED, and the case is hereby REMANDED to the district court for entry of judgment in favor of the defendants-appellants. We DISMISS appeal No. 01-2050 as moot.